**HILL, FARRER & BURRILL LLP**
Neil D. Martin (Bar No. 094121)
 E-mail: nmartin@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Defendant
TRUE NATURE SEAFOOD, LLC

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SANTA BARBARA SMOKEHOUSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRUE NATURE SEAFOOD, LLC, a Florida limited liability company, <br><br> Defendant. | CASE NO.  CV 11-03592 DSF (VBKx) <br><br> [Assigned to the Hon. Dale S. Fischer] <br><br> **CONSENT ORDER OF DISMISSAL** <br><br> Complaint served:  May 2, 2011 <br> Current response date:  June 1, 2011 <br> New response date:  June 16, 2011 |

**IT IS HEREBY ORDERED:**

Case No. CV 11-03592 DSF (VBKx) is dismissed with prejudice in its entirety.

DATED:  10/26/11

By: *Dale S. Fischer*
Hon. Dale S. Fischer
United States District Court Judge

HFB 1094815.1 T7906002

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147